

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

ANDREW MYERBERG
*Assistant Corporation Counsel*
phone: (212) 788-0869
fax: (212) 788-9776
amyerber@law.nyc.gov

October 30, 2009

**BY E.C.F.**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The application is ✓ granted. ___ denied.
SO ORDERED,
/S/
Lois Bloom, U.S.M.J.
Dated: 11/2/09
Brooklyn, New York

Re:   James Robinson v. Police Officer Mahmoud, et al.,
      09 Civ. 1450 (BMC)(LB)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above referenced matter. Defendant respectfully requests that, as November 3, 2009 is Election Day, the status conference scheduled for Tuesday, November 3, 2009 at 1:30 p.m. be adjourned until Wednesday, November 4, 2009 at 11:15 a.m.[1] Plaintiff is incarcerated and proceeding *pro se*, and I have been unable to confer with him regarding this request; accordingly this application is made directly to the Court.

  This is defendant's first request for an adjournment of this conference. Accordingly, defendant respectfully requests that the status conference scheduled for November 2, 2009 at 1:30 p.m. be rescheduled for November 4, 2009 at 11:15 a.m. in observance of Election Day.

---

[1] Defendant conferred with Chambers regarding an alternate date and was informed that Your Honor is available on the date and time set forth herein.

Defendant thanks the Court for its time and consideration of this request.

>Respectfully submitted,
>
>Andrew Myerberg
>Assistant Corporation Counsel
>Special Federal Litigation Division

cc: James Robinson (by mail)
*Plaintiff Pro Se*
NYSID # 05224218-K
O.B.C.C.
1600 Hazen Street
East Elmhurst, New York 11370