UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAMES ROBINSON,

                              Plaintiff,                    **ORDER**
                                                           **09 CV 1450 (BMC) (LB)**

      -against-

POLICE OFFICER MAHMOUD, et al.,

                              Defendants.

------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       By letter dated March 23, 2010, defendants' counsel informs the Court that plaintiff has failed to respond to defendants' discovery demands and requests, *inter alia*, that the Court compel plaintiff's responses. Document 44. In a second letter dated March 31, 2010, defendants' counsel informs the Court that plaintiff was arrested on March 26, 2010 and is currently incarcerated at Rikers Island.[1] Document 45. The Court shall hold a telephonic status conference on April 13, 2010 at 10:30 a.m. and will address defendants' requests at that time. Defendants' counsel is requested to arrange and initiate the conference call. The Warden of Rikers Island shall make plaintiff available for the telephonic conference at this time. After establishing contact with plaintiff, defendants' counsel shall telephone the Court at (718) 613-2170. If plaintiff is released from custody prior to the telephone conference, he shall notify the Court immediately so that the conference can be rescheduled.

SO ORDERED.

                                                                /Signed by Judge Lois Bloom/

                                                                LOIS BLOOM
                                                                United States Magistrate Judge

Date: April 5, 2010
       Brooklyn, New York

---

[1] The Clerk of Court shall update the docket sheet to reflect plaintiff's current address: James Robinson, NYSID # 05224218K, Otis Bantum Correctional Center, 16-00 Hazen Street, East Elmhurst, New York 11370. The Clerk of Court shall send a copy of this Order to plaintiff at this address as well as to the address currently listed on the docket sheet.